UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20775-BLOOM/Otazo-Reyes

CORA ZELAYA,

    Plaintiff,

v.

SENIOR LINK 7 INC,
a/k/a A+ Senior Home, *et al.*,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Settlement and to Dismiss Case with Prejudice, ECF No. **[10]** ("Motion"), filed on June 12, 2023. Therein, the parties state that, pursuant to their proposed settlement agreement, Plaintiff will receive full relief and compensation for Plaintiff's FLSA claims, including an equal amount for liquidated damages. *Id.* at 3. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion, **ECF No. [10]**, is **GRANTED**.

2.     This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

3.     The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

Case No. 23-cv-20775-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 13, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record